**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVARISTO CORTES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MCDONALDS RESTAURANTS OF CALIFORNIA, INC. d/b/a MCDONALDS #471; and DOES 1 through 10,<br><br>　　　　　Defendants. | **Case No: 2:17-cv-02056-ODW-MRW**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Plaintiff Evaristo Cortes' Notice of Voluntary Dismissal (ECF No. 12), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), the entire action and all claims asserted therein are hereby **DISMISSED** with prejudice; and

2. All dates and deadlines in this action are vacated and taken off calendar.

**IT IS SO ORDERED**.

September 1, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**